IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEAL ALLEN HALL**                                                         **PLAINTIFF**
ADC #089909

v.                      Case No. 4:22-cv-00410-LPR

**JASON SICKLER, et al.**                                                 **DEFENDANTS**

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney and the objections thereto. After carefully considering Mr. Hall's timely filed objections and making a *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Complaint is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] The number of strikes a plaintiff has accrued may be determined only by looking backwards to past dismissals; 28 U.S.C. § 1915(g) leaves the effective decision to the later tribunal. *Gonzalez v. United States*, 23 F.4th 788, 789–91 (8th Cir. 2022).

IT IS SO ORDERED this 3rd day of January 2023.

                                                      _____
                                                      LEE P. RUDOFSKY
                                                      UNITED STATES DISTRICT JUDGE